THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HURIEL VITOLO, Appellant.

Submitted November 20, 1950; decided November 22, 1950.

Motion for reargument denied. [See 297 N. Y. 575.]